|  |
|---|
| LEXINGTON LAW GROUP<br>Mark N. Todzo, State Bar No. 168389<br>Ryan Berghoff, State Bar No. 308812<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: (415) 913-7800<br>Facsimile: (415) 759-4112<br>mtodzo@lexlawgroup.com<br>hhirsch@lexlawgroup.com<br>rberghoff@lexlawgroup.com<br><br>Attorneys for Plaintiff<br>VELMA HERNANDEZ |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VELMA HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HUHTAMAKI, INC.,<br><br>        Defendant. | Case No. 20-cv-08155-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii), hereby stipulate pursuant to an agreement between the parties to the
3  Dismissal of this action.

Dated:  February 10, 2022                     LEXINGTON LAW GROUP


                                              /s/   Mark N. Todzo
                                              Mark N. Todzo (State Bar No. 168389)
                                              Attorneys for Plaintiff
                                              VELMA HERNANDEZ


Dated:    February 10, 2022                   STINSON LLP



                                              /s/ Megan McCurdy
                                              Megan McCurdy
Dated: February 23, 2022                      Attorney for Defendant
                                              HUHTAMAKI, INC.

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION**

I, Mark Todzo, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation for Dismissal. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Megan McCurdy, on whose behalf this filing is jointly submitted, has concurred in this filing.

*/s/Mark Todzo*
Mark Todzo

**CERTIFICATE OF SERVICE**

I, Mark Todzo, an attorney, hereby certify that on February 10, 2022, I caused a complete and accurate copy of the foregoing document to be served via this Court's ECM/ECF notification system, which will serve electronically to all participants in this case.

*/s/Mark Todzo*